**ORIGINAL**

DOCKET No. 25mj1205

Duration: 25 mins
Proceeding via: ☐ Video Conf. ☐ Telephone Conf. ☑ In Person
DEFENDANT Richard Kim

AUSA Ryan Nees

DEF.'S COUNSEL Kristoff Williams
☐ RETAINED ☑ FEDERAL DEFENDERS ☐ CJA ☐ PRESENTMENT ONLY

☐ _____ INTERPRETER NEEDED

☐ DEFENDANT WAIVES PRETRIAL REPORT

☑ Rule 5  ☐ Rule 9  ☐ Rule 5(c)(3)  ☑ Detention Hrg.

☐ Other: _____

DATE OF ARREST 4/15/2025
TIME OF ARREST 8:20am
TIME OF PRESENTMENT 3:30pm

☐ VOL. SURR.
☐ ON WRIT

## BAIL DISPOSITION

☐ SEE SEP. ORDER
☐ DETENTION ON CONSENT W/O PREJUDICE    ☐ DETENTION: RISK OF FLIGHT/DANGER  ☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☑ $250,000       PRB  ☑ 2       FRP
☑ SECURED BY $ 100,000       CASH/PROPERTY: In cash or real property
☑ TRAVEL RESTRICTED TO SDNY/EDNY/
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☑ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☑ PRETRIAL SUPERVISION:  ☐ REGULAR  ☑ STRICT  ☐ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS  ☑ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT
☐ HOME INCARCERATION   ☐ HOME DETENTION   ☐ CURFEW   ☐ STAND ALONE MONITORING
☐ LOCATION MONITORING TECHNOLOGY AS DIRECTED BY PTS   ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☑ DEF. TO CONTINUE OR SEEK EMPLOYMENT   [OR]   ☑ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☑ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY: See below

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

1. Under strict PTS supervision, Def. is required to meet with or contact his PTS officer by phone DAILY.
2. In addition to 2 FRP, 1 person of moral suasion to co-sign bond - Def.'s wife Ms. Filonenko.
3. Def. is prohibited from engaging in ANY gambling activity in ANY format.
4. Def. may maintain and access the Ethereum account for personal expenses but is otherwise prohibited from trading in cryptocurrencies.
5. Def. is prohibited from opening any new financial accounts, including cryptocurrency accounts, without prior permission of PTS.
6. Def. is prohibited from contacting victims or witnesses-including any Zero Energy investors-unless counsel present.

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY         ☐ CONFERENCE BEFORE D.J. ON _____
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

7. 1 FRP & Wife/moral suasion by 4/22/25.
8. 2d FRP by 4/29/25.

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED               ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED    ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: 5/15/2025       ☑ ON DEFENDANT'S CONSENT

DATE: 4/15/2025

_____
UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.